UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ANGEL SIFUENTES, III,

    Plaintiff,

v.

CASE No. 1:23-cv-984

HON. ROBERT J. JONKER

DAVE INC.,

    Defendant.

_____/

## JUDGMENT

In accordance with the Opinion and Order entered this day, Judgment enters in favor of Defendant Dave Inc., and against Plaintiff David Angel Sifuentes, III.

Dated:  November 6, 2023        /s/ Robert J. Jonker
                                                    ROBERT J. JONKER
                                                    UNITED STATES DISTRICT JUDGE